# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DERRICK JEROME ALLEN

NO. 2023 KW 0579

**AUGUST 14, 2023**

---

In Re:    Derrick Jerome Allen, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 06-04-0828.

---

**BEFORE:  McCLENDON, HESTER, AND MILLER, JJ.**

    **WRIT DENIED AS MOOT.** The records of the East Baton Rouge Parish Clerk of Court's Office reflect that the district court acted on relator's motion to correct an illegal sentence on May 30, 2023.

**PMc**
**CHH**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT